# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RICHARD MARTIN, JOHN
D'AMBROSIO and YOLANDA
GERVARZES,

        Plaintiffs,

v.                                            Case No:   6:12-cv-1268-Orl-31DAB

HALIFAX HEALTHCARE SYSTEMS,
INC. and HALIFAX COMMUNITY
HEALTH SYSTEMS,

        Defendants.

## ORDER

On May 22, 2014, Defendants' counsel filed a motion for attorney's fees and costs (Doc. 115). On June 19, 2014, the Plaintiffs filed their notice of appeal (Doc. 122). It does not appear that consideration of the appeal would be better informed if accompanied by a decision on attorneys' fees. Furthermore, the determination of the appeal may affect consideration of the attorneys' fee motion. Accordingly, the motion is DENIED without prejudice to being refiled upon conclusion of the appeal. *See* Comments to 1993 Amendments to Rule 58, Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 30, 2014.

                                                    GREGORY A. PRESNELL
                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party